FILED
IN CLERKS OFFICE

2018 APR 25  AM 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN MULLIGAN, individually, and Derivatively on behalf of ELITE ENTERPRISE SERVICES, LLC,<br>    Plaintiff<br><br>v.<br><br>JONATHAN KOOP and DAVID JEFFRESS<br>    Defendants<br><br>and<br><br>ELITE ENTERPRISE SERVICES, LLC<br>    Nominal Defendant<br><br>and<br><br>THRIVE NETWROKS, INC. and DIGITAL FEDERAL CREDIT UNION.<br>    Trustee Defendants. | CIVIL ACTION NO. 4:15-CV-40072-TSH |

### MOTION TO QUASH SUBPOENA

In a motion before this Court, David Jeffress ("Jeffress"), as defendant in the above referenced action and appearing pro se, objects to and seeks to immediately quash the subpoena requiring him to appear for a deposition and produce documents as requested by plaintiff Shawn Mulligan and/by his attorney David Sullivan.

### FACTS

1. Plaintiff is demanding an appearance that significantly exceeds the Place of Compliance restrictions. As Plaintiff and his attorney well know, Jeffress neither works nor lives within 100 miles of Worcester, MA. Similarly, Worcester, MA, is not in Arizona, which means it is also not

within the state that Jeffress resides, is employed, or transacts business. This clearly exceeds the geographical limits outlined and specified in Rule 45(c).

2. Plaintiff and his attorney have been made aware that traveling to Massachusetts in any capacity would incur substantial expense for Jeffress and is not financially feasible. This would subject Jeffress to severe and undue burden as outlined against in Federal Rule of Civil Procedure 45(d).

AS SUCH, Defendant requests that this Court Quash the subpoena and relieve Mr. Jeffress from its requests.

DAVID JEFFRESS, Pro Se

/s/ David Jeffress
David Jeffress
7100 E. Lincoln Dr. Unit 2123
Paradise Valley, AZ 85253
(602) 758-8091
Davidj758@yahoo.com

Dated: April 24, 2018

### CERTIFICATE OF SERVICE

I, David Jeffress, hereby certify this 24th day of April, 2018 a copy of the foregoing Motion to Quash was served via email to the following parties:

David Sullivan
dsullivan@darroweverett.com

Carl Aframe
aframe@aframebarnhill.com